No. 12, original. WISCONSIN v. MICHIGAN. January 13, 1936. The supplemental report of the Special Master is received and ordered filed.

No. 14, original. ARKANSAS v. TENNESSEE. January 13, 1936. The answer and cross-bill of defendant is received and ordered filed. *Mr. Roy H. Beeler,* Attorney General of Tennessee, was on the Answer and Cross-Bill of defendant.

No. 15, original. TEXAS v. NEW MEXICO ET AL. January 13, 1936. Motion of defendants to dismiss bill of complaint presented. *Mr. Frank H. Patton,* Attorney General of New Mexico, and *Messrs. A. T. Hannett* and *Pearce C. Rodey* for defendants, in support of the motion.

No. —, original. EX PARTE HAUPTMANN. January 16, 1936. Motion for leave to file petition for writ of habeas corpus and for a stay of execution submitted by *Mr. Neil Burkinshaw* for the petitioner. Motion for leave to file petition for writ of habeas corpus denied.

No. 637. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. STEVENS ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. January 20, 1936. *Per Curiam:* Petition for writ of certiorari granted. Judgment reversed on authority of *Helvering* v. *City Bank Farmers Trust Co.,* 296 U. S. 85. *Solicitor General Reed* for petitioner. *Mr. Carroll G. Walter* for respondents.

No. —, original. EX PARTE DUKE. January 20, 1936. The motion for leave to file petition for writ of mandamus is denied. *Mr. Jesse C. Duke, pro se.*